# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Colorado

Case Number: 1:24-CV-01380-SBP

Plaintiff:
**ZURICH AMERICAN INSURANCE COMPANY**

vs.

Defendant:
**JEFFREY GOTTO**

For:
J. Scott Humphrey
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606

Received by Roland Process Svc & Investigations, LLC on the 17th day of May, 2024 at 2:59 pm to be served on **JEFFREY GOTTO, 12911 E 107TH AVE, COMMERCE CITY, CO 80022**.

I, Tabitha Bellington, being duly sworn, depose and say that on the **27th day of May, 2024** at **5:45 pm, I:**

Served a family member by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBITS, PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT and CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **Jenny Gotto** whom identified themselves as **Wife** to subject at the address of: **12911 E 107TH AVE, COMMERCE CITY, CO 80022**, which is **JEFFREY GOTTO's** usual place of **Abode**, who resides therein, and whom is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.
I also confirmed that **JEFFREY GOTTO** does currently reside at **12911 E 107TH AVE, COMMERCE CITY, CO 80022.**
  Actual service location: (39.8912,-104.8372) accuracy 10 m.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 170, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action and I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the 28th day of May, 2024 at Denver County, Colorado

**Tabitha Bellington**

Dated the 28th day of May, 2024

Roland Process Svc & Investigations, LLC
1660 S Albion Street, Suite 826
Denver, CO 80222
(720) 382-1882

Our Job Serial Number: JDR-2024005090

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

